UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AASHISH KALRA,<br>    Plaintiff,<br>v.<br>ADLER POLLOCK & SHEEHAN P.C.,<br>MICHAEL GILLERAN,<br>    Defendants. | Case No. 3:20-cv-01393(KAD) |

JUDGMENT

This matter came on for consideration of the Defendants' motion to dismiss or to stay the amended complaint [ECF No. 19] before the Honorable Kari A. Dooley, United States District Judge. The Court, having considered the full record of the case including applicable principles of law, entered an order on March 15, 2022 granting the Defendants' motion to dismiss and finding as moot the motion to stay. It is therefore;

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the Defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 17th day of March 2022.

Dinah Milton Kinney, Clerk

By: /s/ Kristen Gould
    Kristen Gould
    Deputy Clerk

EOD: 03/17/2022